**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSHUA TERRELL BELL**                                                                    **PLAINTIFF**
**ADC #183645**

**v.**                                    **Case No: 4:24-cv-00228-LPR-PSH**

**DOE**                                                                                    **DEFENDANT**

<u>**ORDER**</u>

Plaintiff has submitted a letter for filing in this District.  However, from the facts alleged,

it appears that venue properly lies in the Western District of Arkansas.  Pursuant to 28 U.S.C.

§ 1391(b):

A civil action may be brought in--

(1)  a judicial district in which any defendant resides, if all defendants are
residents of the State in which the district is located;

(2)  a judicial district in which a substantial part of the events or omissions giving
rise to the claim occurred, or a substantial part of property that is the subject of
the action is situated; or

(3)  if there is no district in which an action may otherwise be brought as provided
in this section, any judicial district in which any defendant is subject to the court's
personal jurisdiction with respect to such action.

Bell complains that he received an inappropriate work assignment at the Arkansas Division of

Correction's Ouachita River Unit in Malvern, Hot Spring County, Arkansas.[1]  He does not name

any defendants.[2]  Hot Spring County is in the Hot Springs Division of the United States District

Court for the Western District of Arkansas.  Accordingly, the Court finds that the interests of

---

[1] Compl. (Doc. 1).

[2] *Id*.

justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas.[3]

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

DATED this 18th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[3] *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").